IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01224-WJM-KLM

AMY V. WHITE,

      Plaintiff,

v.

TYLER SANTOMASO,

      Defendant,

v.

GREGORY P. NESSLER,

      Third-Party Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulated Motion to Modify Scheduling Order** [Docket No. 47; Filed March 21, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 16] is **vacated**.

      IT IS FURTHER **ORDERED** that the Settlement Conference set for April 26, 2011 at 1:30 p.m. and the Final Pretrial Conference set for June 30, 2011 at 10:30 a.m. are **vacated**.

      IT IS FURTHER **ORDERED** that Third-Party Defendant Nessler shall answer or otherwise respond to the Third Party Complaint [Docket No. 25] on or before **April 8, 2011**.

      IT IS FURTHER **ORDERED** that a Scheduling Conference is set for **June 8, 2011 at 9:30 a.m.** in Courtroom **C-204** of the Byron G. Rogers United States Courthouse.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling

order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **June 3, 2011**.

IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **June 3, 2011**.  Parties participating in the District of Colorado ECF system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

Courtroom **C-204** is located on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.  The parties are reminded that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated:  March 21, 2011