IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01224-WJM-KLM

AMY V. WHITE,

    Plaintiff,

v.

TYLER SANTOMASO,

    Defendant,

v.

GREGORY P. NESSLER,

    Third-Party Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Third-Party Defendant's **Unopposed Motion to Reset Scheduling Conference** [Docket No. 61; Filed May 23, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 8, 2011 at 9:30 a.m. is **vacated** and **RESET** to **July 26, 2011 at 10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **July 21, 2011**.

    IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **July 21, 2011**.  Parties participating in the District of Colorado ECF system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court

or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

Dated: May 23, 2011