IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01224-WJM-KLM

AMY V. WHITE,

    Plaintiff,

v.

TYLER SANTOMASO,

    Defendant and Third-Party Plaintiff,

v.

GREGORY P. NESSLER,

    Third-Party Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Entry of Proposed Protective Order** [Docket No. 82; Filed October 17, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Joint Protective Order [Docket No. 82-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: October 18, 2011