IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01224-WJM-KLM

AMY V. WHITE,

    Plaintiff,

v.

TYLER SANTOMASO,

    Defendant/Third-Party Plaintiff,

v.

GREGORY P. NESSLER,

    Third-Party Defendant.
_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Plaintiff's **Unopposed Motion to Permit Plaintiff and Her Parents to Attend the Settlement Conference by Telephone** [Docket No. 96; Filed February 28, 2012] (the "Motion"). Due to medical issues that prevent her from traveling from Virginia to Colorado, Plaintiff requests to appear by telephone with her parents at the Settlement Conference set for March 8, 2012 at 1:30 p.m.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court reminds Plaintiff's counsel that they must provide the telephone for Plaintiff's appearance. Plaintiff's counsel must ensure the availability of Plaintiff for the duration of the Settlement Conference or face possible imposition of sanctions.

Dated: March 1, 2012