**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01224-WJM-KLM

AMY V. WHITE,

    Plaintiff,

v.

TYLER SANTOMASO,

    Defendant/Third-Party Plaintiff,

v.

GREGORY P. NESSLER,

    Third-Party Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Defendant/Third-Party Plaintiff's Motion for Summary Judgment and Denying Third-Party Defendant's Motion for Summary Judgment as Moot, entered by the Honorable William J. Martínez, United States District Judge, on September 18, 2012,

    IT IS ORDERED that

        1.    Defendant/Third-Party Plaintiff Santomaso's Motion for Summary Judgment (ECF No. 91) is GRANTED;

        2.    Third-Party Defendant Nessler's Motion for Summary Judgment (ECF No. 88) is DENIED AS MOOT;

3. Final Judgment is entered in favor of Defendant Santomaso on Plaintiff White's civil conspiracy claim;

4. Santomaso's claim for contribution brought against Third-Party Defendant Nessler is DISMISSED WITHOUT PREJUDICE; and

5. Each party shall bear their own costs.

DATED at Denver, Colorado, this 20th day of September, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, Clerk

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk